IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,        ORDER

v.                96-cr-11-bbc

FONG VANG,

    Defendant.

---

  On July 22, 1997, defendant was convicted in this court of transportation of a minor with intent to engage in sexual activity, in violation of 18 U.S.C. § 2423(a). His conviction was affirmed on appeal by the Court of Appeals for the Seventh Circuit. Defendant's motion for reduction of his sentence was denied on March 23, 1999. His subsequent motions under 28 U.S.C. § 2255 were denied because they were successive motions for which he had not obtained certification from the court of appeals to file.

  Now he has filed a "motion for disclosure of co-defendants information." In his motion he provides the names of individuals who were mentioned in the addendum to the presentence report as "two unidentified males." He states that these individuals are living in Stevens Point, Wisconsin.

  Although defendant calls his motion one for disclosure, he is asking me to issue warrants to have these individuals arrested and to further investigate crimes they committed.

His motion must be denied. The court has neither the authority nor the capability to investigate crimes, arrest suspects and prosecute them. If defendant has information relating to crimes these individuals may have committed, he should notify the Federal Bureau of Investigation, which does that the capability to investigate crimes. Defendant should be aware, however, that because these alleged crimes happened thirteen years ago, a statute of limitations may bar their prosecution.

ORDER

IT IS ORDERED that defendant Fong Vang's motion for disclosure of information, dkt. #303, is DENIED.

Entered this 12th day of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2